PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)



IN THE UNITED STATES DISTRICT COURT
FOR THE **Northern** DISTRICT OF TEXAS
**Fort Worth** DIVISION

**Undray Love 02383027**
Plaintiff's Name and ID Number

**Clemens Unit**
Place of Confinement

CASE NO. **4-22CV-423-P**
(Clerk will assign the number)

v.

**Tarrant County Staff, Greenbay facility**
Defendant's Name and Address

**Jane Doe**
Defendant's Name and Address

**Officer T. Thorsell**
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On October 28, 2021 I began cruel and unusual punishment by officers of the Tarrant County Jail. After following orders officer T. Thorsell grabbed my hand, statched my food from my hand, and followed with his elbow aggressively. I managed to escape the deadly blow which lead officer to fall on ground. I then placed my hands in the air got on the ground and was then handcuffed. After being handcuffed the corpral officer sprayed me with mase and I was taken to SEG. They wrote a false disciplinary report and after I recieved my hearing I appealed the action and grievenced the situation. After being released from SEG (approx.) 30 days charges were then brought up against me by officer Thorsell.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Relief

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Undray Laryan Love

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

0238327

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Does not apply
2. Case number: Does not apply
3. Approximate date sanctions were imposed: Does not apply
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

Rev. 05/15

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): _Does not Apply_
   2. Case number: _Does not Apply_
   3. Approximate date warning was issued: _Does not Apply_

Executed on: __5-10-22__
                DATE

_Undray L. Love_
_[signature]_
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __10th__ day of __May__, 20 __22__.
           (Day)              (month)           (year)

_Undray Love_
_[signature]_
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Undray Love # 02585SP CF B-410
1034 Hwy 36
SWEENY, TX
77422



AFSM 6 N Hou 223
THU 12 MAY 2022 PM

FLAT RATE

Office of Clerk of The U.S. District Court
501 W. Tenth St Rm. 310
Fort Worth, TX, 76102

RECEIVED
MAY 16 2022
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case 4:22-cv-00423-P   Document 1   Filed 05/16/22   Page 5 of 5   PageID 5

